# EXHIBIT A

NO. DC-13-13331

| | | |
|---|---|---|
| SOUTHAMPTON, LTD. and SOUTHWEST REINSURANCE, INC., | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| FOUR HORSEMEN AUTO GROUP, INC., CHISHOLM TRAIL AUTO GROUP, LLC. CHISHOLM TRAIL AUTO GROUP II, LLC, and CHISHOLM TRAIL REAL ESTATE, LLC. | § § § § § § | |
| Defendants. | § | 101ST JUDICIAL DISTRICT |

## AGREED FINAL JUDGMENT

This Cause came on to be heard on the motion of Plaintiffs Southampton, Ltd. and Southwest Reinsurance, Inc., requesting that this Court render judgment in this case in order to effectuate the parties' agreement.

The Court has been advised by counsel for Plaintiffs and Defendants that all of the matters in dispute between them have been fully and finally resolved, and that they have agreed to the terms which are set out herein. The Court has been further advised by counsel for the parties that Plaintiffs and Defendants have agreed to the entry of an Agreed Final Judgment pursuant to their settlement in this case. The Court, noting the signatures of counsel for Plaintiffs and Defendants hereto, finds that Plaintiffs and Defendants have agreed to the entry of an Agreed Final Judgment on the terms and conditions set forth below and orders the following in final resolution of this case:

IT IS ORDERED, ADJUDGED and DECREED that Judgment is entered against Defendants Four Horsemen Auto Group, Inc., Chisholm Trail Auto Group, LLC, Chisholm Trail Auto Group, II, LLC, and Chisholm Trail Real Estate, LLC, jointly and severally, and for

Plaintiffs on all of Plaintiffs' claims in the amount of THREE MILLION DOLLARS AND NO/100 ($3,000,000.00).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that post-judgment interest shall accrue on the Judgment at a rate of 5% per annum until paid in full.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all relief requested and not hereby granted is denied.

This Agreed Final Judgment is FINAL, disposes of all parties and all claims, and is non-appealable by agreement of the parties.

Each party shall bear its own costs.

SIGNED this 29th day of December, 2017.

_____
Judge Presiding

APPROVED AS TO FORM AND CONTENT:

HAYNES AND BOONE, LLP

*Werner A. Powers* /wAD

Werner A. Powers
State Bar No. 16218800
Natalie DuBose
State Bar No. 24077481

2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopier: (214) 651-5940
werner.powers@haynesboone.com
natalie.dubose@haynesboone.com

**ATTORNEYS FOR PLAINTIFFS**

TILLOTSON LAW

*/s/ Jeff Tillotson*

Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
Texas Bar No. 24088198
jpatton@tillotsonlaw.com
Joseph A. Irrobali
Texas Bar No. 24092564
airrobali@tillotsonlaw.com

750 N. St. Paul Street, Suite 600
Dallas, Texas 75201
Telephone: (214) 382-3041

**ATTORNEYS FOR DEFENDANTS
FOUR HORSEMEN AUTO GROUP, INC.
CHISHOLM TRAIL AUTO GROUP, LLC
CHISHOLM TRAIL AUTO GROUP II, LLC
CHISHOLM TRAIL REAL ESTATE, LLC**

4815-2106-5815_1